UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
)
        Plaintiff, )   CASE NO.   MJ08-08
)
        v. )
)
NATHAN MICHAEL SHIELDS, )   DETENTION ORDER
)
        Defendant. )
)
_____ )

Offenses charged in the Eastern District of Washington:

      Manufacturing Marijuana, in violation of Title 21, U.S.C., Section 841(a)(1).

Date of Detention Hearing: January 9, 2008

      The Court conducted both a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a contested identity hearing. The Court found that the identity of the defendant had been established and signed an order of transfer to the originating district court of the Eastern District of Washington to answer the charges. The defendant may reopen the matter of detention in the Eastern District of Washington. Additionally, the Court finds that, based upon the factual findings and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

      The Government was represented by Annette Hayes. The defendant was represented by Paula Deutsch.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1) The defendant is viewed as a risk of nonappearance based on his recent travel to Vietnam.

    (2) His background information is unverified.

DETENTION ORDER
PAGE -1-

(3) Firearms were found in his residence at the time of his arrest.

(4) He lacks stable employment of employment prospects.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of January, 2008.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-